UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUSSNAIN ALI, and PRAKASH BACHANI, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>  -against-<br><br>QUICK STOP DELI AND CONVENIENCE, INC. d/b/a QUICK STOP DELI AND CONVENIENCE, and HARJINDER SINGH,<br><br>                      Defendants. | Civil Case No. 7:24-cv-04617<br><br>**JUDGMENT** |

On January 24, 2025, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiffs HUSSNAIN ALI and PRAKASH BACHANI have judgment against Defendants QUICK STOP DELI AND CONVENIENCE, INC. d/b/a QUICK STOP DELI AND CONVENIENCE, and HARJINDER SINGH in the amount of Sixty Thousand Dollars and Zero Cents ($60,000.00), inclusive of attorneys' fees and costs.

Dated: January 27, 2025

SO ORDERED:

_____
Hon. Andrew E. Krause